IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KARL HARRIS                                                                                          PLAINTIFF

v.                                    Case No. 4:20-cv-00832-KGB

SAGE V FOODS                                                                                      DEFENDANT

## ORDER

Before the Court is plaintiff Karl Harris' *pro se* motion for order in which he asks to add three witnesses (Dkt. No. 20). The Court ruled recently that defendant Sage V Foods had not been served properly (Dkt. No. 19). This case is in its early stages, and it is premature for Mr. Harris to provide the Court with a witness list. Accordingly, the Court denies Mr. Harris's motion for order to add three witnesses (Dkt. No. 20).

You have filed this federal civil rights lawsuit *pro se*, that is, without the help of a lawyer. You must follow the following rules and procedures in order to proceed with your lawsuit, even though you are not a lawyer.

**First: Follow All Court Rules.** You must comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas.

In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs, like you, who are not represented by a lawyer:

1.  You must promptly notify the Clerk and the other parties in the case of any change in address. If you do not keep the Court informed as to your current address, your lawsuit can be dismissed.

2.  You must monitor the progress of your case and prosecute the case diligently.

3. You must sign all pleadings and other papers filed with the Court, and each paper you file must include your current address.

4. If you fail to timely respond to a Court Order directing action on your part, the case may be dismissed, without prejudice.

**Second: No Right to Appointed Counsel.** This is a civil case. Unlike criminal cases, there is no right to have an appointed lawyer in a civil case. If your case proceeds to a jury trial, however, a lawyer will be appointed to assist you before trial.

**Third: Do Not File Your Discovery Requests.** Discovery requests, such as interrogatories and requests for documents, are not to be filed with the court. Instead, discovery requests should be sent to counsel for the defendant (or directly to the defendant if he or she is not represented by a lawyer). No discovery should be sent to a defendant until after that defendant has been served with the complaint.

**Fourth: Do Not Send Documents to Court Except in Two Situations.** You may send documents or other evidence to the Court only if attached to a motion for summary judgment or in response to a motion for summary judgment; or if the Court orders you to send documents or other evidence.

**Fifth: Provide a Witness List.** If your case is set for trial, *as your trial date approaches*, you will be asked to provide a witness list. After reviewing the witness list, the Court will subpoena necessary witnesses.

It is so ordered, this 9th day of July, 2021.

_____
Kristine G. Baker
United States District Judge