IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KARL HARRIS**                                                                                       **PLAINTIFF**

v.                                    **Case No. 4:20-cv-00832-KGB**

**SAGE V FOODS**                                                             **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 37). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

It is so ordered, this 10th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge